[No. 3686-1.   Division One.   June 7, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. HOLLIS THORNTON, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 69697, Francis E. Holman, J., entered March 13, 1975. *Reversed* by unpublished per curiam opinion.